\UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIOP KAMAU a/k/a DONALD
JACKSON doing business as
THE POLICE COMPLAINT CENTER, INC.,
a Florida corporation, and as member of
POLICE COMPLAINT CENTER, an
unincorporated association,

        Case No.: 4:21-cv-00279-MW-MJF

    Plaintiff,

vs.

GREGORY A. SLATE,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff DIOP KAMAU aka DONALD JACKSON doing business as THE POLICE COMPLAINT CENTER, a sole proprietorship f/k/a POLICE COMPLAINT CENTER, INC., a Florida corporation, and as a member of POLICE COMPLAINT CENTER, an unincorporated association ("Plaintiff"), hereby gives notice that its claims in this action are voluntarily dismissed without prejudice.

Dated: January 17, 2023

    **SOUTH FLORIDA LAW, PLLC**
    1920 E. Hallandale Beach Blvd., Ste. 702
    Hallandale Beach, FL 33009
    Direct: (917) 442-4085
    Office: (954) 900-8885

    By: /s/ *Frank DelloRusso*
    FRANK DELLORUSSO
    Florida Bar No. 111949
    fdellorusso@southfloridalawpllc.com
    MICHAEL J. RUTLEDGE
    Florida Bar No. 1025657
    mrutledge@southfloridalawpllc.com
    **ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on January 17, 2023, I filed the foregoing document with the Northern District of Florida's CM/ECF system, which has caused email service to be made upon all counsel of record.          */s/ Michael J. Rutledge*