**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DIOP KAMAU**

        *Plaintiff*

       **v.**

**GREGORY SLATE,**

       *Defendant*

Case No.: 4:21-cv-279-MW/MJF

## ITEMIZATION OF BILL OF COSTS

1. *FEES TO CLERK*

   a. $402.00 – Filing Fee for Notice of Removal. *See* Exhibit A.

   b. $208.00 – Filing Fee for Pro Hac Vice Motion (receipt number AFLNDC-6413201). *See* ECF No. 10.

2. *FEES FOR SERVICE OF SUMMONS AND SUBPOENA*

   a. $150.00 – Personal Service of 3x Subpoena Ducas Tecum. *See* Exhibit B.

   b. $63.94 – Postage for Service of 8x Subpoena Ducas Tecum. *See* Exhibits C-D.

3. *EXEMPLIFICATION AND COPIES*

   a. $250 – InMotion Hosting Subpoena.  *See* Exhibit E.