

EXHIBIT A

   Gmail                                Greg Slate <greg@gregslate.com>

### Invoice 1147 from Ernest Moody, LLC d/b/a Capital Court Services

**Ernest Moody, LLC d/b/a Capital Court Services** <quickbooks@notification.intuit.com>   Fri, Nov 4, 2022 at 3:09 AM
To: greg@gregslate.com

Dear Gregory Slate,

Here's your invoice! We appreciate your prompt payment.

Have a great day,

Ernest Moody, AFPS
Capital Court Services

---

INVOICE 1147

**INVOICE**



**$150.00**

Due December 04, 2022

Pay invoice



Gregory Slate

Bill to


EXHIBIT B

Gregory Slate

## Invoice details

Invoice no. : 1147

Invoice date : 11/4/22

| | |
|---|---|
| **Routine Service**<br>1 unit × $50.00<br>Florida State University | $50.00 |
| **Routine Service**<br>1 unit × $50.00<br>Daniel Maier-Katkin | $50.00 |
| **Routine Service**<br>1 unit × $50.00<br>Amina Kamau | $50.00 |
| **Total** | **$150.00** |

Pay invoice

Thank you for your business.

**Ernest Moody, LLC d/b/a Capital Court Services**

221 W. Park Ave. #1682
Tallahassee, FL 32302

ernest@capitalcourtservices.com
850-273-8508

If you receive an email that seems fraudulent, please check with the business owner before paying, or you can forward the email to security@intuit.com so we can look into it. Read more at security.intuit.com.

Powered by QuickBooks
© 2022 Intuit, Inc. All rights reserved.
Privacy | Security | Terms of Service


**Invoice-1147.pdf**
240K

```
10/31/2022                        01:42 PM
-------------------------------------------------
Product            Qty    Unit      Price
                          Price
-------------------------------------------------
First-Class Mail®   1               $0.60
Letter
  Tallahassee, FL 32301
  Weight: 0 lb 0.70 oz
  Estimated Delivery Date
    Sat 11/05/2022

First-Class Mail®   1               $0.60
Letter
  Tallahassee, FL 32301
  Weight: 0 lb 0.80 oz
  Estimated Delivery Date
    Sat 11/05/2022
  Certified Mail®                   $4.00
    Tracking #:
      70191640000022355498
  Return Receipt                    $3.25
    Tracking #:
      9590 9402 5852 0038 8772 38
Total                               $7.85

First-Class Mail®   1               $0.60
Letter
  Tallahassee, FL 32301
  Weight: 0 lb 0.60 oz
  Estimated Delivery Date
    Sat 11/05/2022
  Certified Mail®                   $4.00
    Tracking #:
      70191640000022355306
  Return Receipt                    $3.25
    Tracking #:
      9590 9402 5852 0038 8772 45
Total                               $7.85

First-Class Mail®   1               $0.60
Letter
  Tallahassee, FL 32301
  Weight: 0 lb 0.60 oz
  Estimated Delivery Date
    Sat 11/05/2022
  Certified Mail®                   $4.00
    Tracking #:
      70191640000022355597
  Return Receipt                    $3.25
    Tracking #:
      9590 9402 1360 5285 9329 41
Total                               $7.85

First-Class Mail®   1               $0.60
Letter
  Tallahassee, FL 32301
  Weight: 0 lb 0.50 oz
  Estimated Delivery Date
    Sat 11/05/2022
  Certified Mail®                   $4.00
    Tracking #:
      70191640000022355474
```

```
    Return Receipt                         $3.25
       Tracking #:
         9590 9402 5852 0038 8772 07
Total                                      $7.85

First-Class Mail®         1               $0.60
Letter
    Fort Lauderdale, FL 33324
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Sat 11/05/2022
    Certified Mail®                        $4.00
       Tracking #:
         70191640000022355719
    Return Receipt                         $3.25
       Tracking #:
         9590 9402 5852 0038 8772 21
Total                                      $7.85

-----------------------------------------------------------------
Grand Total:                              $39.85
-----------------------------------------------------------------
Credit Card Remit                         $39.85
    Card Name: VISA
    Account #: XXXXXXXXXXXX7352
    Approval #: 03938A
    Transaction #: 901
    AID: A0000000031010       Chip
    AL: VISA CREDIT
    PIN: Not Required     CHASE VISA
-----------------------------------------------------------------

          The timeliness of service to or from
          destinations outside the contiguous US may
          be affected by the limited availability of
                      transportation.

           In a hurry? Self-service kiosks offer
           quick and easy check-out. Any Retail
              Associate can show you how.

          Text your tracking number to 28777 (2USPS)
          to get the latest status. Standard Message
           and Data rates may apply. You may also
           visit www.usps.com USPS Tracking or call
                     1-800-222-1811.

                  Preview your Mail
                  Track your Packages
                  Sign up for FREE @
              https://informeddelivery.usps.com

           All sales final on stamps and postage.
           Refunds for guaranteed services only.
               Thank you for your business.

              Tell us about your experience.
            Go to: https://postalexperience.com/pos?mt=9
                or call 1-800-410-7420.



-----------------------------------------------------------------
UFN: 142950-0235
Receipt #: 840-59670029-6-8507223-2
```



**EXHIBIT C**

Clerk: 01

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit [www.usps.com/privacypolicy](www.usps.com/privacypolicy).

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

11/03/2022                                    11:09 AM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.60 |
|   Tallahassee, FL 32306 | | | |
|   Weight: 0 lb 0.80 oz | | | |
|   Estimated Delivery Date | | | |
|     Tue 11/08/2022 | | | |
|   Certified Mail® | | | $4.00 |
|     Tracking #: | | | |
|       70191640000022355511 | | | |
|   Return Receipt | | | $3.25 |
|     Tracking #: | | | |
|       9590 9402 1360 5285 9329 72 | | | |
| Total | | | $7.85 |
| First-Class Mail® Letter | 1 | | $0.84 |
|   Tallahassee, FL 32301 | | | |
|   Weight: 0 lb 1.40 oz | | | |
|   Estimated Delivery Date | | | |
|     Tue 11/08/2022 | | | |
|   Certified Mail® | | | $4.00 |
|     Tracking #: | | | |
|       70191640000022355504 | | | |
|   Return Receipt | | | $3.25 |
|     Tracking #: | | | |
|       9590 9402 1360 5285 9329 65 | | | |
| Total | | | $8.09 |
| First-Class Mail® Letter | 1 | | $0.60 |
|   Virginia Beach, VA 23452 | | | |
|   Weight: 0 lb 0.90 oz | | | |
|   Estimated Delivery Date | | | |
|     Tue 11/08/2022 | | | |
|   Certified Mail® | | | $4.00 |
|     Tracking #: | | | |
|       70191640000022355528 | | | |
|   Return Receipt | | | $3.25 |
|     Tracking #: | | | |
|       9590 9402 1360 5285 9329 58 | | | |
| Total | | | $7.85 |

---

Grand Total:                                  $23.79

---

Debit Card Remit                              $23.79
  Card Name: VISA
  Account #: XXXXXXXXXXXX0983
  Approval #: 059381

```
Transaction #: 389
Receipt #: 051490
Debit Card Purchase: $23.79
AID: A0000000980840        Chip
AL: US DEBIT
PIN: Verified
```
----------------------------------------------------------------

                The timeliness of service to or from
             destinations outside the contiguous US may
              be affected by the limited availability of
                           transportation.

           Text your tracking number to 28777 (2USPS)
            to get the latest status. Standard Message
             and Data rates may apply. You may also
              visit www.usps.com USPS Tracking or call
                          1-800-222-1811.

                        Preview your Mail
                       Track your Packages
                       Sign up for FREE @
                   https://informeddelivery.usps.com

              All sales final on stamps and postage.
              Refunds for guaranteed services only.
                  Thank you for your business.

               Tell us about your experience.
              Go to: https://postalexperience.com/pos?mt=9
                   or call 1-800-410-7420.


----------------------------------------------------------------

UFN: 149602-0291
Receipt #: 840-59670007-2-8162939-2
Clerk: 10

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit



**EXHIBIT D**

www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.



**InMotion Hosting, Inc**

INVOICE NUMBER: Bellwether-police20_111022A
INVOICE DATE: 11/23/2022

Bellwether Law
Janakan Thiagarajah, Esq.
4315 50th ST NW
Ste 100, #7017
Washington, , DC 20016

PAYMENT DUE ON RECEIPT

| DESCRIPTION | AMOUNT |
| --- | --- |
| [1] Exchange communications with requesting agency; [2] Review request; [3] Exchange communications with systems team for processing of request; [4] Extract requested data; [5] Upload and store requested data; [6] Respond to request | $250.00 |
| Total amount of this invoice | $250.00 |

| MESSAGE |
| --- |
| PLEASE LIST INVOICE NUMBER ON MEMO OF CHECK |

# EXHIBIT E