# **<u>EXHIBIT C</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY SLATE,**<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN BROADCASTING COMPANIES, INC., ET AL.,**<br><br>Defendants. | Civil Action No. 09-1761 (BAH) |

DECLARATION OF NATHAN E. SIEGEL
IN SUPPORT OF DEFENDANTS' RENEWED MOTION
FOR A PROTECTIVE ORDER

I, Nathan E. Siegel, declare as follows,

    1.    I am a partner in the Washington, D.C. office of Levine Sullivan Koch & Schulz, L.L.P. I am one of the lawyers representing American Broadcasting Companies, Inc., ABC News Interactive, Inc., and Disney/ABC International Television, Inc. (together, "Defendants") in this matter. I submit this declaration to put before the Court certain information and documents relevant to the above-referenced Motion.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a transcript obtained from the D.C. Superior Court of a hearing held on September 18, 2009 in *Slate v. Kamau*, No. 2009 CAB 5749.

    3.    Attached hereto as Exhibit 2 are true and correct copies of e-mails and other documents produced in this litigation.

    4.    Attached hereto as Exhibit 3 are true and correct copies of e-mails and other documents produced in this litigation.

1

5. Attached hereto as Exhibit 4 are true and correct copies of e-mails and other documents produced in this litigation.

6. Attached hereto as Exhibit 5 are true and correct copies of e-mails and other documents produced in this litigation.

7. Attached hereto as Exhibit 6 are true and correct copies of e-mails and other documents produced in this litigation.

8. Attached hereto as Exhibit 7 are true and correct copies of e-mails and other documents produced in this litigation.

9. Attached hereto as Exhibit 8 is a true and correct copy of an e-mail produced in this litigation.

10. Attached hereto as Exhibit 9 is a true and correct copy of an e-mail from Thomas Dunlap to John O'Keefe dated May 27, 2010.

11. Attached hereto as Exhibit 10 is a true and correct copy of e-mails exchanged between ABC's counsel and Slate's counsel dated May 27, 2010.

12. Attached hereto as Exhibit 11 is a true and correct copy of e-mails exchanged between ABC's counsel and Slate's counsel dated May 28, 2010.

13. Attached hereto as Exhibit 12 is a true and correct copy of e-mails exchanged between ABC's counsel and Slate's counsel dated June 9, 2010.

14. Attached hereto as Exhibit 13 is a true and correct copy of a Complaint filed in *Slate v. Kamau*, No. 2009 CAB 5749, obtained from the files of the D.C. Superior Court.

15. Attached hereto as Exhibit 14 is a true and correct copy of a transcript obtained from the D.C. Superior Court of a hearing held on November 18, 2010 in *Slate v. Kamau*, No. 2009 CAB 5749.

16. Attached hereto as Exhibit 15 is a true and correct copy of an Order dated November 18, 2010 in *Slate v. Kamau*, No. 2009 CAB 5749 obtained from the files of the D.C. Superior Court.

17. Attached hereto as Exhibit 16 is a true and correct copy of an Amended Petition for a Civil Protection Order filed in *Slate v. Rasmus*, No. 2010 CPO 4129, obtained from the files of the D.C. Superior Court.

18. Attached hereto as Exhibit 17 is a true and correct copy of a "Statement of Points and Authorities in Support of Respondent's Motion for Discovery" filed in *Slate v. Rasmus*, No. 2010 CPO 4129, obtained from the files of the D.C. Superior Court.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of a transcript obtained from the D.C. Superior Court of a hearing held on January 14, 20100 in *Slate v. Kamau*, No. 2009 CAB 5749 and *Slate v. Rasmus*, No. 2010 CPO 4129.

20. Attached as Exhibit 19 are true and correct copies of documents produced by Plaintiff on January 28, 2011.

21. On January 28, 2010 the receptionist at my law firm informed me that a box had been delivered by Greg Slate. The box had tape on it. I opened the box and saw inside a number of documents and two discs inside. I immediately noticed a strong smell that smelled like human or animal excrement; the entire inside of the box had this smell. Several of the documents in the box, including particularly the envelope containing Plaintiff's written Responses to ABC's Document Requests, were stained with a brown substance that clearly smelled and was the source of the smell in the box. We have retained the original envelope; the stain has dried out, but remains visible. In more than eighteen years of practicing law, I have never encountered anything like this.

3

22. Attached as Exhibit 20 are true and correct copies of relevant portions of e-mails exchanged between Chad Bowman and Greg Slate on February 2, 2011 and February 3, 2011.

23. Attached as Exhibit 21 are true and correct copies of e-mails exchanged between Chad Bowman and Greg Slate on February 9, 2011.

24. The emails containing these threats also contain various allegations about third parties for which Plaintiff refused to provide corroborating information, and as such we have chosen not to put them in the public record at this time.

25. Attached as Exhibit 22 is a 22 is true and correct copies of an e-mail attaching a Rule 30(b)(6) Deposition Notice on February 4, 2011.

26. Attached as Exhibit 23 is a true and correct copies of a Rule 30(b)(6) Deposition Notice served on February 4, 2011.

27. Attached as Exhibit 24 are true and correct copies of subpoenas e-mailed to ABC's counsel on February 4, 2011.

28. Attached as Exhibit 25 is a true and correct copy of an e-mail from Greg Slate to Chad Bowman on February 4, 2011.

29. Attached as Exhibit 26 is a true and correct copy of a Notice of Deposition for John Stossel e-mailed to ABC's counsel.

30. Attached as Exhibit 27 is a true and correct copy of an e-mail from Greg Slate to Chad Bowman and Nathan Siegel on February 11, 2011.

31. Attached as Exhibit 28 is a true and correct copy Plaintiff Gregory Slate's Second Request for Production of Documents to Defendant ABC, Inc.

32. Attached as Exhibit 29 are true and correct copies of e-mails exchanged between Chad Bowman and Greg Slate on February 11, 2011 and February 16, 2011.

4

33. Attached as Exhibit 30 are true and correct copies of e-mails exchanged between Greg Slate and counsel for the Hawthorne, CA Police Department.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of February 2011 in Washington, D.C.

_____
Nathan Siegel

5