# **EXHIBIT D**

**MRutledge@southfloridalawpllc.com**

| | |
|---|---|
| **From:** | mrutledge@southfloridalawpllc.com |
| **Sent:** | Wednesday, December 14, 2022 4:46 PM |
| **To:** | janakan@bellwetherlaw.com |
| **Cc:** | 'fdellorusso'; kristelle@southfloridalawpllc.com |
| **Subject:** | Kamau v. Slate (NDFL 4:21-cv-279) - Plaintiff's Responses to Defendant's Second Set of Document Requests |
| **Attachments:** | 2022.12.14 P Response to Def 2nd Set RFP FINAL.pdf |

Counsel:

Attached please find Plaintiff's Responses to Defendant's Second Set of Requests for Production of Documents, along with a link to Plaintiff's document production.

Thank you,
mike

https://www.dropbox.com/sh/uuvzi613v07ik7t/AAA0GiYK6E_8E7ohU14uo-V1a?dl=0


Michael J. Rutledge, Esq.
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
mrutledge@southfloridalawpllc.com



## MRutledge@southfloridalawpllc.com

| | |
|---|---|
| **From:** | mrutledge@southfloridalawpllc.com |
| **Sent:** | Friday, January 13, 2023 4:40 PM |
| **To:** | janakan@bellwetherlaw.com |
| **Cc:** | 'Frank DelloRusso'; 'Kristelle Constantino'; 'CMarichal'; 'Katie Hilyer' |
| **Subject:** | Kamau v. Slate (NDFL) - Kamau Document Production |

Counsel:

Attached please find a link to Mr. Kamau's document production concerning the inoperable Dell computer (9 photographs and 1 video file):

https://www.dropbox.com/s/7twvves7nb5ei2s/2023.01.13%20DKamauProductionFINAL.zip?dl=0

thanks,
mike

## Michael J. Rutledge, Esq.
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
mrutledge@southfloridalawpllc.com

