# **<u>EXHIBIT E</u>**

**MRutledge@southfloridalawpllc.com**

| | |
|---|---|
| **From:** | mrutledge@southfloridalawpllc.com |
| **Sent:** | Friday, January 6, 2023 12:36 PM |
| **To:** | 'Janakan Thiagarajah' |
| **Cc:** | 'Frank DelloRusso'; 'Kristelle Constantino' |
| **Subject:** | RE: Kamau v. Slate - Plaintiff's Amended Initial Disclosures |

Janakan:

My apologies—We inadvertently failed to highlight the new information in the Amended Initial Disclosures that I filed last night, as required by the Court's Order in this case. I will follow up with an updated copy of those with that information highlighted later today or first thing next week.

I believe the only changes were to the contact information for the individuals listed, as we have located more of that information, along with information describing the computer and smart phone hardware that we have discovered and believe is relevant to our claims.

Regarding the computer / smartphone hardware items that have been disclosed— they are available for your review / inspection at our Hallandale Beach offices on or after January 11, 2023. We ask that you give us two-business day notice prior to any inspection, and we ask that the inspection be done on an attorney's eyes only basis. In other words, if necessary, we will seek a Protective Order barring Mr. Slate himself from accessing this hardware, but allowing his attorneys or consultants, etc to examine the items, for obvious reasons in light of the allegations in this case. If you see this differently, we are happy to meet and confer with you on this issue.

Thanks,
mike

**Michael J. Rutledge, Esq.**
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
mrutledge@southfloridalawpllc.com



---

**From:** Michael Rutledge <mrutledge@southfloridalawpllc.com>
**Sent:** Thursday, January 5, 2023 9:43 PM

**To:** Janakan Thiagarajah <janakan@bellwetherlaw.com>
**Cc:** Frank DelloRusso <fdellorusso@southfloridalawpllc.com>; Kristelle Constantino <Kristelle@southfloridalawpllc.com>
**Subject:** Re: Kamau v. Slate - Plaintiff's Amended Interrogatory Responses

Counsel:

Attached please find Plaintiff's First Amended Initial Disclosures.


**Michael J. Rutledge, Esq.**
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
mrutledge@southfloridalawpllc.com



2