# **EXHIBIT F**

**MRutledge@southfloridalawpllc.com**

| | |
|---|---|
| **From:** | janakan@bellwetherlaw.com |
| **Sent:** | Wednesday, December 21, 2022 11:54 AM |
| **To:** | 'Michael Rutledge' |
| **Cc:** | 'Carlo Marichal'; 'Katie Hilyer'; 'Phillipa-Leslie Mejia'; fdellorusso@southfloridalawpllc.com |
| **Subject:** | RE: 4:21-cv-00390-MW-MJF SLATE v. KAMAU |

What on earth are you talking about? Did that logically make sense to you before you decided to type?

How about we go back to the old-fashioned way of things—not create long strings of nonsense, and just notice, request dates, and see where we get.

Thanks.

_____

JANAKAN THIAGARAJAH
BELLWETHER LAW
+1 (202) 596-8434
www.bellwetherlaw.com

---

**From:** Michael Rutledge <mrutledge@southfloridalawpllc.com>
**Sent:** Wednesday, December 21, 2022 5:43 AM
**To:** janakan@bellwetherlaw.com
**Cc:** Carlo Marichal <CMarichal@bankerlopez.com>; Katie Hilyer <khilyer@bankerlopez.com>; Phillipa-Leslie Mejia <pmejia@bankerlopez.com>; fdellorusso@southfloridalawpllc.com
**Subject:** Re: 4:21-cv-00390-MW-MJF SLATE v. KAMAU

Janakan:

It appears you are refusing to produce Slate for Deposition via Zoom, and are insisting on an in-person deposition, is that correct?

-mike

On Wed, Dec 21, 2022 at 03:13 <janakan@bellwetherlaw.com> wrote:

> Frank,
>
> I'm not quite sure what you are following up on. I have previously requested dates when Mr. Kamau and his counsel in the respective cases would be available for his deposition, but never received any confirmation; and I have provided weeks of days Mr. Slate was available for his deposition in Tallahassee—and raised South Florida as an option—but that too fell flat without a response.

1

I'm still not clear on what motivated the group chain here – how'd this move from the typical scenario of one independently determining what one might need and aiming to proceed accordingly? Per the above, I've done what I could to make the option available with respect to Mr. Slate—and again I'm not sure why my inner thinking / potential decision has been relevant to decisions on those.

Janakan

_____

Janakan Thiagarajah

BELLWETHER LAW

+1 (202) 596-8434

www.bellwetherlaw.com

---

**From:** fdellorusso@southfloridalawpllc.com <fdellorusso@southfloridalawpllc.com>
**Sent:** Tuesday, December 20, 2022 11:11 AM
**To:** 'Carlo Marichal' <CMarichal@BANKERLOPEZ.COM>; janakan@bellwetherlaw.com
**Cc:** 'Katie Hilyer' <khilyer@bankerlopez.com>; 'Phillipa-Leslie Mejia' <pmejia@bankerlopez.com>; mrutledge@southfloridalawpllc.com
**Subject:** RE: 4:21-cv-00390-MW-MJF SLATE v. KAMAU

I am following up on this. Please advise ASAP.

Respectfully,

**Frank DelloRusso, Esq.**

**Managing Partner, South Florida Law, PLLC**

2

**From:** Carlo Marichal <CMarichal@BANKERLOPEZ.COM>
**Sent:** Thursday, December 15, 2022 11:19 AM
**To:** janakan@bellwetherlaw.com
**Cc:** Katie Hilyer <khilyer@bankerlopez.com>; fdellorusso@southfloridalawpllc.com; Phillipa-Leslie Mejia <pmejia@bankerlopez.com>
**Subject:** RE: 4:21-cv-00390-MW-MJF SLATE v. KAMAU

Following up on this.

Thanks.



**Carlo D. Marichal, Esq.**

**Banker Lopez Gassler P.A.**

*Shareholder*

1200 S. Pine Island Road, Suite 170

Plantation, FL 33324

954-703-3597 (Office)

954-440-1336 (Direct)

954-533-3051 (Fax)

786-559-9770 (Cell)

cmarichal@bankerlopez.com

www.bankerlopez.com

**From:** Carlo Marichal
**Sent:** Tuesday, December 13, 2022 9:26 PM
**To:** janakan@bellwetherlaw.com
**Cc:** Katie Hilyer <khilyer@bankerlopez.com>; fdellorusso@southfloridalawpllc.com; Phillipa-Leslie Mejia

<pmejia@bankerlopez.com>
**Subject:** Re: 4:21-cv-00390-MW-MJF SLATE v. KAMAU

Let's set up a call to discuss. I'm willing to depose Slate Zoom if you are doing the same with Kamau. We've been doing Zoom almost 100% since the pandemic. That way, we can all save money on costs associated with travel, which are not recoverable anyways.

Let me know when you have some time to discuss.

**Carlo D. Marichal, Esq.**

**Banker Lopez Gassler P.A.**

*Shareholder*

1200 S. Pine Island Road, Suite 170

Plantation, FL 33324

954-703-3597 (Office)

954-440-1336 (Direct)

954-533-3051 (Fax)

786-559-9770 (Cell)

cmarichal@bankerlopez.com

www.bankerlopez.com

> On Dec 13, 2022, at 7:54 PM, janakan@bellwetherlaw.com wrote:
>
> [EXTERNAL. Use extra caution with web links and/or attachments.]
>
> Carlo,
>
> Following up on the message below.

Mr. Slate believes he can make himself available in Tallahassee for his deposition any day between 2/7 and 2/15 if Mr. Kamau will agree to be deposed on one of those days. Is there a day during that period that Mr. Kamau is available for his deposition?

Mr. Slate indicated to me that he has other travel plans and commitments, and will need to give precedence to other possible commitments if he is not going to be flying to Tallahassee over that week—accordingly, he is looking to book his travel to Tallahassee or otherwise with some urgency, and requests that you make a decision as soon as possible.

As such, he has indicated that if you are not able to commit by 5 pm on December 15, both for him and Mr. Kamau—Mr. Slate will have to assume he is not coming to Tallahassee and will no longer be available to appear in Tallahassee during that time.

Regards,

_____

Janakan Thiagarajah

Bellwether law

+1 (202) 596-8434

www.bellwetherlaw.com

---

**From:** janakan@bellwetherlaw.com <janakan@bellwetherlaw.com>
**Sent:** Friday, December 9, 2022 4:29 PM
**To:** 'Carlo Marichal' <CMarichal@BANKERLOPEZ.COM>
**Cc:** 'Katie Hilyer' <khilyer@bankerlopez.com>; fdellorusso@southfloridalawpllc.com; 'Phillipa-Leslie Mejia' <pmejia@bankerlopez.com>
**Subject:** RE: 4:21-cv-00390-MW-MJF SLATE v. KAMAU


Carlo,

Mr. Slate is trying to arrange a trip to Tallahassee for the depositions in the first or second week of February. If we're doing these live, we should do Kamau's Slate's depositions on consecutive days—we'll still have to see how things play out to determine whether it would make sense to consolidate the matters/depositions. But for now, can you please confirm whether you are available for both the Kamau and Slate depositions those weeks—and that Kamau is also available to be deposed then as well?

Thanks,

Janakan

_____

Janakan Thiagarajah

Bellwether law

+1 (202) 596-8434

www.bellwetherlaw.com

---

**From:** Carlo Marichal <CMarichal@BANKERLOPEZ.COM>
**Sent:** Friday, December 9, 2022 2:12 PM
**To:** janakan@bellwetherlaw.com
**Cc:** Katie Hilyer <khilyer@bankerlopez.com>; Carlo Marichal <CMarichal@BANKERLOPEZ.COM>; fdellorusso@southfloridalawpllc.com; Phillipa-Leslie Mejia <pmejia@bankerlopez.com>
**Subject:** 4:21-cv-00390-MW-MJF SLATE v. KAMAU

Janakan-

Attached please find the notice for Slate's in-person deposition as a placeholder.  If you depose Diop via zoom, I will depose Gregory via zoom.  Let me know.

**Carlo D. Marichal, Esq.**

**Banker Lopez Gassler P.A.**

*Shareholder*

[1200 S. Pine Island Road, Suite 170](#)

[Plantation, FL 33324](#)

954-703-3597 (Office)

954-440-1336 (Direct)

954-533-3051 (Fax)

786-559-9770 (Cell)

[cmarichal@bankerlopez.com](mailto:cmarichal@bankerlopez.com)

[www.bankerlopez.com](http://www.bankerlopez.com)

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Banker Lopez Gassler P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

Confidentiality Disclaimer: This e-mail message and any attachments are private communication sent by a law firm, Banker Lopez Gassler P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

--
Michael J. Rutledge, Esq.
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
[mrutledge@southfloridalawpllc.com](mailto:mrutledge@southfloridalawpllc.com)