# **EXHIBIT G**

## MRutledge@southfloridalawpllc.com

| | |
|---|---|
| **From:** | Michael Rutledge <mrutledge@southfloridalawpllc.com> |
| **Sent:** | Thursday, December 22, 2022 9:47 PM |
| **To:** | Janakan Thiagarajah |
| **Cc:** | Frank DelloRusso; Kristelle Constantino |
| **Subject:** | Kamau v. Slate - Defendant's Motion to Compel |

Counsel:

In light of, *inter-alia*, the Court's Order regarding your other Motion to Compel in *Slate v. Kamau et al*, how about we agree to review and amend (if necessary) our discovery responses by January 4, 2023 and you withdraw your Motion?

Michael J. Rutledge, Esq.
Associate Attorney

South Florida Law, PLLC
1920 E. Hallandale Beach Blvd., Ste. 702
Hallandale, FL 33009
Office: (954) 900-8885
Fax: (954) 900-8886
mrutledge@southfloridalawpllc.com



1