IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIOP KAMAU,**
**a/k/a DONALD JACKSON,**

    *Plaintiff*,

v.                                       Case No.: 4:21cv279-MW/MJF

**GREGORY A. SLATE,**

    *Defendant*.

_____/

## ORDER SETTING DEADLINE FOR REPLY

Pending before this Court is Defendant's motion for determination of entitlement to attorney fees. ECF No. 47. Plaintiff has filed an expedited response in compliance with this Court's Order, ECF No 48. ECF No. 49. Accordingly, Defendant may file a reply to Plaintiff's expedited response **on or before February 21, 2023**, at which point this Court will take the motion under advisement.

SO ORDERED on February 14, 2023.

                                                         *s/Mark E. Walker*
                                                         **Chief United States District Judge**