UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **DIOP KAMAU aka DON JACKSON**<br>*Plaintiff*<br><br>v.<br><br>**GREGORY SLATE**<br>*Defendant* | Case No.: 4:21-cv-279-MW/MJF |

**DEFENDANT GREGORY SLATE'S WITNESS AND EXHIBIT LIST
FOR MAY 25, 2023, EVIDENTIARY HEARING**

Plaintiff Gregory Slate ("Mr. Slate"), hereby files the following exhibits and list of witnesses in support of Defendant's Motion for Determination of Entitlement of Attorney's Fees (ECF 47) for reference at the May 25, 2023, remote evidentiary hearing (ECF 60):

**DEFENDANT'S EXHIBITS**

1. Plaintiff, Diop Kamau's Response to Defendant Gregory Slate's Second Set of Interrogatories.[1]

2. Unsigned "Contract Between Greg Slate and Diop Kamau, Chief Executive Office of the Police Complaint Center (PCC)" dated "October _____, 2007." *See* (ECF 47-1 Page 42-45).

---

[1] Specifically, the response to interrogatory number 1, reading: "Identify each individual you contend signed the alleged contract attached to the Amended Complaint and the date you contend each signed. If you claim the individual signed on behalf of anyone other than themselves identify the individual or entity on whose behalf you claim they signed.
**ANSWER:** Greg Slate, Diop Kamau; March 24, 2007.

3.  November 13, 2007, email "From: Greg Slate" to dkamau@policeabuse.org (Page 3), reading: "After you drafted the contract and we modified it together I offered to sign it immediately but you decided that it was no longer necessary. I believe the only reason we failed to sign a contract [...]"

4.  August 26, 2010, email from Det. Morales (D.C. Metro PD) <jose.morales@dc.gov> to Greg Slate <greg@gregslate.com> reading: "An arrest warrant was presented today and was issued for Mr. Kamau for Contempt of Court, warrant #2010CRW0029972023, by Judge Abrecht of the DC Superior Court."

5.  ¶ ¶ 27-28 of the [Initial Complaint in *Kamau, et al, v. Slate et al.*, US Dist. FLND, Case Number: 4:11-cv-00522-RH-CAS](#), reading: "[Mr. Slate] threatened and tried to force the Plaintiffs to enter into a contract with him […] When Plaintiffs' Kamau and Ferrell refused to sign and agree to these terms he threatened them that he had contacted a news channel to air the story and that he would go ahead and air the story if the Plaintiffs' Kamau and Ferrell did not agree and sign the agreement."

6.  [Dismissal of *Kamau, et al, v. Slate et al.*, US Dist. FLND, Case Number: 4:11-cv-00522-RH-CAS.](#)

7.  Print out of GregSlate.tv website page reading: "**Reward!!** We are offering a $25,000.00 reward for information leading to the arrest, prosecution, and conviction of Gregory A Slate for Internet crimes committed against our business and family."

8.  May 19, 2014, 11:11 AM, from f.greg.slate@gmail.com to [help@policeabuse.com](#) reading: "I understand that you might be interested

in locating Greg Slate. […] Basically, anything you might want on Greg Slate, I can provide, all for the bargain price of $3,000."

9. Diop Kamau's sworn answer to interrogatory number 7 of Respondent's First Set of Interrogatories to Petitioner on June 10, 2016, in *Kamau v. Slate*, In the Circuit Court of the Second Judicial Circuit, in and for Leon County Florida, Case Number 2014DR003153.

10. September 7, 2016, Leon County Sheriff's Office General Offense / Incident Report for Report No: 160132848-CR005 (Case Number: 160132848), reading:

> "During our conversation, Mr. Kamau stated that he feared his daughter's computer had also been compromised and that critical information pertaining to the Hillary Clinton (HRC) campaign and the Democratic National Committee (DNC) had been removed or viewed by the suspected hacker. I asked Mr. Kamau about his daughter and her affiliations with the DNC and HRC."

and

> "On 9/21/2016 Mr. Kamau sent me an email stating that he had been in contact with his daughter and according to her, her computer had in fact been compromised and the passwords she used for work were no longer available. He feared that confidential information pertaining to his daughter's work may have been retrieved and in the wrong. I advised Mr. Kamau to speak with his daughter and advise her to contact HRC IT personnel to advise them of the compromise to her information." (Page 5) (Redacted Per FRCP 5.2)

11. November 11, 2016, Email ("Butler.PDF') from LCSO Major Linda Butler to Mr. Kamau, reading:

> "Mr. Kamau, It was determined through the investigation your website was defaced essentially by rewriting a scripting code in the index.php file of the website. The "Hacker" was NOT Gregory Slate but subjects from Pakistan that thrive off hacking American and European websites to further their Muslim agenda. Det. Knight informed you there was NO link to Gregory Slate. You accepted this notion but still believed that Greg Slate was "working" with the Muslim hackers to take down your site. We have absolutely NO proof of this when we followed the evidence trail and can not and will not obtain a warrant without probable cause."

12. October 20, 2021, email from LCSO Public Records <LCSO_Public_Records@leoncountyfl.gov> to sgtdcj@icloud.com [sgtdcj@icloud.com](sgtdcj@icloud.com) (with relevant portions highlighted for ease of viewing), reading: "Requested record provided. 119 pages pdf." and "Copy of offense/incident report involving Diop Kamau from 1/1/2015 to 12/21/2019." and "Copy of offense/incident report involving Gregory Slate from 1/1/2015 to 12/21/2019." See [(ECF 51-1 Page 4)](ECF 51-1 Page 4)

13. Friday, October 21, 2022, 6:55 PM, Email from Counsel for Diop Kamau to Counsel for Gregory Slate (with relevant portions highlighted for ease of viewing), reading: "I don't have any responsive, non-privileged documents to produce to you today, but after speaking with my client he has agreed to perform additional searches immediately for anything responsive." (PAGE 2).

14. Kamau's October 26, 2022, response to the first set of interrogatories lacking email addresses, phone numbers, mailing addresses, or any other form of contact information, past or present, for any of the 40 witnesses, or

any other individual, identified in his response to interrogatories.  *See* [ECF No. 38-1 (PLAINTIFF, DIOP KAMAU'S RESPONSE TO FIRST SET OF INTERROGATORIES) pages 15-33.](#)

15. Documents provided by the Diop Kamau in response to Request No. 142 of Gregory Slate's First Set of RFPDs seeking "A copy of the messages referenced in allegation 49 of the Second Amended Complaint (Doc 23)."[2]

16. Diop Kamau's Answer to Number 3 of Gregory Slate's Third Set of Interrogatories in *Slate v. Kamau, et al.*, Case No.: 4:21-cv-297-MW/MJF.

17. Subpoena with Exhibits to Amina Kamau.

18. Non-Party Amina Kamau's Response to Subpoena.

19. Third Party Florida Democratic Party's Response to Defendant' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

20. GoDaddy's Certification of Authenticity of Business Records with "Legal Receipt" for Amina Kamau (GD 000086) (Redacted Per FRCP 5.2(4))

21. Return of Service of Subpoena to Daniel Maier-Katkin.

22. November 16, 2022, FSU response to subpoena.

23. Portions (with relevant portions highlighted for ease of viewing) of the Deposition Testimony of Diop Kamau AKA Donald Carlos Jackson in *Slate v. Kamau, et al.*, Case No.: 4:21-cv-297-MW/MJF.

---

[2] Allegation 49 of the Second Amended Complaint Reads: "Defendant sent hundreds of offensive messages to Mr. Kamau's phone, causing Plaintiff a great anguish and distress. Between March 10, 2021, and May 16, 2021, there were 16 derogatory and offensive messages Plaintiff received from the Defendant, either directly or through accounts and numbers associated with Defendant." The documents in Exhibit 6 are dated 2022.

24. Petition for Injunction Prohibiting Civil Harassment filed in *Parker v. Kamau*, Los Angeles Superior Court, Case Number: KS008673. (Redacted Per FRCP 5.2)

25. Order of Dismissal of Temporary Injunction for Protection Against Repeat Violence in *Kamau, et al. v. Khazraee*, In the Circuit Court of the Second Judicial Circuit, in and for Leon County Florida, Case Number DV992271.

## DEFENDANT'S WITNESSES

1. Diop Kamau
2. Major Linda Butler
3. Captain Ed Cook
4. Det. Robert Waller
5. Sarah Barger
6. Paul Wesley Parker, III
7. Behzad Khazraee
8. Dorian Gibson
9. Gregory Slate

May 25, 2023

Respectfully Submitted,

By:
*Janakan Thiagarajah*
JANAKAN THIAGARAJAH
Florida Bar 1040171
**BELLWETHER LAW, PLLC**
1 Alhambra Plaza, PH Floor
Coral Gables, FL 33134
janakan@bellwetherlaw.com
Office: 202−441−7211
*Counsel for Gregory Slate*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2023, a copy of the foregoing Notice of Filing of Exhibits AND WITNESSES WITH EXHIBITS was served by email and the court's CM/ECF system to the following counsel of record:

>Frank Dellorusso
>fdellorusso@southfloridalawpllc.com
>South Florida Law, PLLC
>1920 E. Hallandale Beach Blvd., Ste. 702
>Hallandale Beach, FL 33009
>Office: 954-900-8885
>*Counsel for Diop Kamau*

By: *Janakan Thiagarajah*
Janakan Thiagarajah
(FL Bar No. 1040171)